In re LORILLARD.

(Circuit Court of Appeals, Second Circuit. April 13, 1901.)

No. 137.

On Petition for Rehearing. Denied.
For former opinion, see 107 Fed. 677.

Before LACOMBE and SHIPMAN, Circuit Judges.

LACOMBE, Circuit Judge. The points suggested were not overlooked by the court, as may be inferred from a perusal of the opinion. The contention of the appellant is not only highly technical, but unmeritorious and inequitable. Petition for rehearing denied.